AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| BOARD OF DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION PLAN, BOARD OF DIRECTORS OF THE MOTION PICTURE INDUSTRY INDIVIDUAL (SEE ATTACHMENT)<br><br>*Plaintiff(s)*<br><br>v.<br><br>NF FILMS, LLC, a Delaware limited liability company<br><br><br><br>*Defendant(s)* | Civil Action No. 2:16-cv-06952 MWF (ASx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* NF FILMS, LLC, a Delaware limited liability company
100 Universal City Plz
Universal City, CA 91608

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Kathryn J. Halford [CA Bar No. 68141]; Elizabeth Rosenfeld [CA Bar No. 106571];
Nicholas I. Starkman [CA Bar No. 291373]
WOHLNER KAPLON CUTLER HALFORD & ROSENFELD
16501 Ventura Blvd., Suite 304
Encino, CA 91436

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*J. Illman*

*Signature of Clerk or Deputy Clerk*

Date: September 16, 2016

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
 on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
 on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____
                                                               _____
                                                                       *Server's signature*

                                                               _____
                                                                     *Printed name and title*

                                                               _____
                                                                        *Server's address*

Additional information regarding attempted service, etc:

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Board of Directors of the Motion Picture v. NF FILMS, LLC | |

**ATTACHMENT** *(Number):* 1

*(This Attachment may be used with any Judicial Council form.)*

As to Plaintiff:

BOARD OF DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION PLAN; BOARD OF DIRECTORS OF THE MOTION PICTURE INDUSTRY INDIVIDUAL ACCOUNT PLAN; BOARD OF DIRECTORS OF THE MOTION PICTURE INDUSTRY HEALTH PLAN,

As to Defendant:

NF FILMS, LLC, a Delaware limited liability company,

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

Page ____ of ____
*(Add pages as required)*

www.courtinfo.ca.gov

MC-025