UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 16-6952-MWF(ASx)**                         Dated: **December 15, 2016**

Title:    Board of Directors of the Motion Picture Industry Pension Plan, et al. -v- NF Films, LLC, et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:            ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                  None Present

PROCEEDINGS (IN CHAMBERS):    ORDER TO SHOW CAUSE RE DEFAULT JUDGMENT

   In light of the Default By Clerk entered on December 14, 2016, the Court sets a hearing for Order To Show Cause Re Default Judgment for **January 23, 2017 at 11:30 a.m.** *If a Motion for Default Judgment is filed prior to this hearing, the hearing on the Order To Show Cause will be discharged, and no appearance will be necessary.*

   **IT IS SO ORDERED.**

MINUTES FORM 90                                                    Initials of Deputy Clerk   cw
CIVIL - GEN

-1-